AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Daviti Phurtskhvanidze | ) |
| *Plaintiff* | ) |
| v. | ) |
| Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement, et al. | ) |
| *Defendant* | ) |

Civil Action No.   1:25-cv-827

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   Phurtskhvanidze's Petition (Doc. 1) is dismissed witohout prejudice and his Motion for Declaratory Judgment (Doc. 6) is denied.

.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☐  decided by Judge _____ on a motion for

Date: _____ 1/21/26 _____

CLERK OF COURT

Signature of Clerk or Deputy Clerk